IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JOSE LUIS RUBIO-MARTINEZ, #11085-078 | § | |
| VS. | § | CIVIL ACTION NO. 9:06cv187 |
| | | CRIM. NO. 9:04cr5(01) |
| UNITED STATES OF AMERICA | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie.  The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.  It is therefore

**ORDERED** that the motion to vacate, set aside or correct a sentence under 28 U.S.C. § 2255 is **DENIED** and the case is **DISMISSED** with prejudice.  All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED** this the **16** day of **October, 2006.**

_____
Thad Heartfield
United States District Judge